UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DIEUNE DUMERVIL,

    Petitioner,

      v.                  CAUSE NO. 3:26-CV-580-DRL-SJF

BRIAN ENGLISH, SAM OLSEN, TODD
M. LYONS, and MARKWAYNE
MULLIN,

    Respondents.

### ORDER

In light of the recent Supreme Court decision, *Mullin v. Doe*, 146 S. Ct. 2121 (2026), respondents are ORDERED to file a supplemental response by **August 11, 2026**, about the status of petitioner's application for Temporary Protected Status as well as any update on the steps taken to effectuate petitioner's removal. Any supplemental reply is due **August 18, 2026**.

SO ORDERED on August 4, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge